IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VALLEY FORGE LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No: 06-0810-CV-W-DW ) |
| PATRICIA A. HOGGE AND KENNETH A. CRUM, | ) ) ) ) |
| Defendants. | ) |

## ORDER IN INTERPLEADER

On stipulation of the parties in this action in interpleader,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff Valley Forge Life Insurance Company, a corporation, and its past, present and future corporate parents, subsidiaries, affiliates, assignees, agents, servants, employees, officers, directors, principals, representatives, producers, attorneys, reinsurers and co-insurers be and are hereby, dismissed with prejudice from this action, and discharged from any and all liability whatsoever with respect to Policy No. VIKC008385 in the amount of One Hundred Fifty Thousand Dollars ($150,000.00), issued on the life of Charles Hogge, deceased. The defendants and their heirs, executors, administrators, agents, representatives and attorneys are enjoined from instituting or prosecuting any proceeding in any State or United States court against Valley Forge Life Insurance Company for the policy proceeds payable as a consequence of the death of Charles Hogge.

2. The Clerk of the Court shall deduct from the funds on deposit in the Registry of the Court the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts, which is ten percent (10%) of the interest on the funds while invested.

3. The Clerk of the Court shall pay to Valley Forge Life Insurance Company out of the deposit made by Valley Forge Life Insurance Company into the Registry of this Court the sum of Five Thousand Four Hundred Two Dollars ($5,402.00), representing Valley Forge Life Insurance Company's attorney fees, which are hereby allowed in the sum of Five Thousand Dollars ($5,000.00), the filing fee of Three Hundred Fifty Dollars ($350.00), and the fee of Fifty-Two Dollars ($52.00) for service on defendant Patricia A. Hogge.

4. After deduction of the administrative registry fee, described in paragraph 2 above, and after payment to Valley Forge Life Insurance Company of the sum of Five Thousand Four Hundred Two Dollars ($5,402.00), as set forth in paragraph 3, the balance of funds on deposit in the Registry of the Court shall be paid to defendant Patricia A. Hogge.

5. The Clerk of the Court is directed to mark this action as closed.

Date: May 25, 2007  /s/ DEAN WHIPPLE
Dean Whipple
United States District Judge